LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (Cal. Bar No. 215888)
brandon@bblocklaw.com
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: 424.600.9454
Facsimile: 424.600.9631

Attorneys for Plaintiff
AMBER MCCLAIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MCCLAIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIFTH WAVE AUTO, LLC dba STOCKTON HYUNDAI; ACCURATE ADJUSTMENTS, INC.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00897-JAM-SCR<br><br>The Honorable John A. Mendez<br><br>**STIPULATION AND ORDER TO FILE A FIRST AMENDED COMPLAINT**<br><br>Action filed: March 19, 2025<br>Trial date: October 26, 2026 |

　　　　WHEREAS, plaintiff Amber McClain filed this action on March 19, 2025;

　　　　WHEREAS, defendants Fifth Wave Auto, LLC dba Stockton Hyundai and Accurate Adjustments, Inc. filed their answer to plaintiff's complaint on April 11, 2025 [Dkt. 7];

　　　　WHEREAS, plaintiff desires to file the First Amended Complaint ("FAC") attached hereto as Exhibit 1, to add Stockton H, LLC as a defendant based on plaintiff's belief that Stockton H, LLC is an owner of Stockton Hyundai (the car dealership at issue in this case), and it shares common ownership with Fifth Wave Auto;

　　　　WHEREAS, the FAC does not add any new claims, and it is based on the same general set of facts pleaded in plaintiff's original complaint;

PROOF OF SERVICE

1  WHEREAS, attached hereto as Exhibit 2 is a redline showing the proposed FAC's allegations in relation to plaintiff's original complaint; and

WHEREAS, defendants agree that the Court should grant plaintiff leave to file the FAC.

NOW, THEREFORE, the parties, by and through their counsel of record, stipulate that the Court should grant plaintiff leave to file and the FAC, and, if such leave is granted, defendants Fifth Wave Auto, LLC dba Stockton Hyundai and Accurate Adjustments, Inc. will have 20 days from service of the FAC to file their response to the FAC.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 2, 2025

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

/s/ Brandon A. Block
Brandon A. Block

Attorneys for Plaintiff
AMBER MCCLAIN

Dated: July 2, 2025

SIDRAN LAW CORP

/s/ Thomas M. Crowell
Thomas M. Crowell

Attorneys for Defendants
FIFTH WAVE AUTO, LLC and
ACCURATE ADJUSTMENTS, INC

PROOF OF SERVICE

## ORDER

The parties having stipulated, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The parties' stipulation is **APPROVED**.

2. Plaintiff shall refile and serve the first amended complaint attached to the stipulation as "Exhibit 1," within **ten (10) days** of this Order.

3. Defendants shall file their responsive pleadings within **twenty (20) days** of the refiling of Plaintiff's first amended complaint.

**IT IS SO ORDERED.**

Dated: July 03, 2025          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE